BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00329-LJO |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| RICHARD LARRY JONES, | |
| Defendant. | |

WHEREAS, on October 10, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Richard Larry Jones forfeiting to the United States the following property:

  a. One Hewlett Packard desktop computer containing an 80 gigabyte internal hard disk drive:
  b. One Western Digital 2 terabyte external hard disk drive;
  c. One Compact Disc entitled "Large J[ail] B[ait] collection;
  d. One Compact Disc entitled "JB+";
  e. One Compact Disc entitled "Baits 1000+";
  f. One Compact Disc entitled "Simply Pics"; and
  g. One San Disk 40 gigabyte Cruzer drive.

Final Order of Forfeiture                    1

1   AND WHEREAS, beginning on November 17, 2013, for at least 30 consecutive days,
2 the United States published notice of the Court's Order of Forfeiture on the official
3 internet government forfeiture site www.forfeiture.gov.  Said published notice advised all
4 third parties of their right to petition the Court within sixty (60) days from the first day of
5 publication for a hearing to adjudicate the validity of their alleged legal interest in the
6 forfeited property;

7   AND WHEREAS, the Court has been advised that no third party has filed a claim
8 to the subject property and the time for any person or entity to file a claim has expired.

9   Accordingly, it is hereby ORDERED and ADJUDGED:

10   1.   A Final Order of Forfeiture shall be entered forfeiting to the United
11 States of America all right, title, and interest in the above-listed property pursuant to 18
12 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of
13 Richard Larry Jones.

14   2.   All right, title, and interest in the above-listed property shall vest
15 solely in the name of the United States of America.

16   3.   The United States Marshals Service, shall maintain custody of and
17 control over the subject property until it is disposed of according to law.

20 IT IS SO ORDERED.

21   Dated:   **March 21, 2014**          /s/ Lawrence J. O'Neill
22                                  UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture                     2